

# Fourth Court of Appeals
## San Antonio, Texas

September 4, 2014

No. 04-14-00483-CV

Rowland **MARTIN**, Jr.,
Appellant

v.

Edward **BRAVENEC**, and The Law Office of Mcknight and Bravenec,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-07644
Honorable Dick Alcala, Judge Presiding

# O R D E R

Appellant's Motion for Extension of Time to Challenge Order Sustaining Indigency Contest is GRANTED. Appellant's third supplemental notice of appeal which this court has construed as a motion for review pursuant to TEX. R. APP. P. 20.1(j)(1) is DENIED. Appellant's Motion for Preparation of Record Excerpts with Requests for Special Accommodations Pursuant to Rule of Judicial Administration 16.1 is DENIED.

It is ORDERED that appellant file written proof with this court no later than fifteen days from the date of this order that he has paid or made arrangements to pay the fees for the preparation of the clerk's record and reporter's record for this appeal. If appellant fails to file written proof within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b).

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of September, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court